U.S. Bank Trust N.A. v Valle (2026 NY Slip Op 01549)

U.S. Bank Trust N.A. v Valle

2026 NY Slip Op 01549

Decided on March 18, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 18, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
CHERYL E. CHAMBERS
WILLIAM G. FORD
JAMES P. MCCORMACK, JJ.

2022-01577
 (Index No. 610366/21)

[*1]U.S. Bank Trust National Association, etc., respondent,
vWaldo Valle, etc., appellant, et al., defendants.

The Ranalli Law Group, PLLC, Hauppauge, NY (Ernest E. Ranalli of counsel), for appellant.
Knuckles & Manfro, LLP, Tarrytown, NY (John E. Brigandi of counsel), for respondent.

DECISION & ORDER
In an action to foreclose a mortgage, the defendant Waldo Valle appeals from an order of the Supreme Court, Suffolk County (John H. Rouse, J.), dated February 1, 2022. The order denied that defendant's motion to deem his answer to be timely filed or, in the alternative, pursuant to CPLR 3012(d) to compel the plaintiff to accept his late answer.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from the order dated February 1, 2022, must be dismissed because the right of direct appeal therefrom terminated with the entry of the order and judgment of foreclosure and sale in the action on October 17, 2023 (see Matter of Aho, 39 NY2d 241). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the order and judgment of foreclosure and sale (see CPLR 5501[a][1]; see U.S. Bank Trust N.A. v Valle, ____ AD3d ____ [Appellate Division Docket Nos. 2023-03475, 2023-03476, 2023-11460; decided herewith]).
LASALLE, P.J., CHAMBERS, FORD and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court